Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  21−15556−SLM
        Chapter:  7
        Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John Byrne
   78 Bloomfield Avenue
   Pine Brook, NJ 07058

Social Security No.:
   xxx−xx−0287

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

     I <u>WILLIAM HEALY</u> , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

Real property located 28 Virginia Road, Montville, New Jersey

Dated: September 22, 2021
JAN: wdh

                                            Jeanne Naughton
                                            Clerk